**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                       (501) 604-5351
   **CLERK**

April 24, 2026

Samuel A. Morris
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201

Re:          Deficiency Filing #1 - Notice of Removal and Civil Cover Sheet
             Case No. 4:26-CV-00207-KGB-JTK, Gatton v. LVNV Funding LLC et al

Dear Mr. Morris:

        The Clerk's office reviewed the above-referenced document, which was filed conventionally in paper, and found it to be deficient as follows:


        Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1); and Notice of Removal and Civil Cover Sheet lack an original signature (F.R.Cv.P. 11(a) and Local Rule 5.5(c)(1));


        To correct a document that has been filed, please send the corrected document in paper to the Clerk's office. The original document will remain on the docket sheet, and the response time will run from the date of the original filing.  Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                 Sincerely,

                                 TAMMY H. DOWNS, CLERK



                                 By:  L. Beatty
                                      Deputy Clerk