**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **MICHAEL GATTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LVNV FUNDING LLC, JEFFERSON** | ) | |
| **CAPITAL SYSTEMS LLC, GLOBAL** | ) | **CIVIL ACTION NO.** |
| **LENDING SERVICES LLC, HARLEY-** | ) | |
| **DAVIDSON FINANCIAL SERVICES,** | ) | **4:26-cv-00407-LPR** |
| **INC., FIRST PREMIER BANK, UNITED** | ) | |
| **AUTO CREDIT CORP., ACIMA DIGITAL** | ) | |
| **LLC F/K/A SIMPLE HUNTER** | ) | |
| **WARFIELD, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT GLOBAL LENDING SERVICES LLC'S CORPORATE**
**DISCLOSURE STATEMENT**

Defendant Global Lending Services LLC ("GLS") makes the following disclosure pursuant

to Rule 7.1 of the Federal Rules of Civil Procedure, stating as follows:

1. GLS is a Delaware limited liability company.

2. The only entity that owns or controls, directly or indirectly, 10% or more of GLS is Gemeaux Parent, LLC.

Respectfully submitted this the 30th day of April, 2025.

/s/ Samuel A. Morris
Samuel A. Morris, AR Bar No. 2021089
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
smorris@burr.com

*Counsel for Defendant Acima Digital LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this 30th day of April, 2026:

Michael Gatton
640 Ingram Village Dr, Apt A
Conway, AR 72032

Ralph D. Scott , III
Lax, Vaughan, Fortson, Rowe & Threet P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325

Cooper M. Walker
Frost Echols LLC
18383 Preston Road, Suite 350
Dallas, TX 75252

Marc F. Kirkland
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024

*/s/ Samuel A. Morris*
OF COUNSEL

2