IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL GATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 4:26-cv-00407-LPR |
| | ) | |
| LVNV FUNDING LLC; et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel on behalf of

Jefferson Capital Systems, LLC.

Respectfully Submitted,

Taylor N. Williams (2018132)
WDTC LAW, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
Telephone: (501) 372-1406
Facsimile: (501) 372-1209
Email: taylor.williams@wdtc.law
*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a copy of the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Arkansas, and served via CM/ECF upon all parties not participating in CM/ECF, by U.S. First Class Mail:

Michael Gatton
640 Ingram Village Dr., Apt. A
Conway, AR 72032
*Pro se plaintiff*

/s/ *Taylor N. Williams*
Taylor N. Williams