IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 4:26-cv-00407-LPR |
| | ) |
| LVNV FUNDING LLC; et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC'S
FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Jefferson Capital Systems, LLC ("Jefferson Capital"), by its attorneys and pursuant to the Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.2, files this motion for an extension of time, to and including May 29, 2026, within which to file its responsive pleadings to the Complaint filed by Plaintiff Michael Gatton ("Plaintiff"). In support, Jefferson Capital states as follows:

1.      On March 18, 2026, Plaintiff filed a Complaint against Jefferson Capital and other named co-defendants in the Circuit Court of Faulker County, Arkansas, Case No. 23CV-26-713 (the "State Action").

2.      On or about April 23, 2026, Defendant United Auto Credit Corporation, with the consent of all other named defendants, removed the State Action to this Court, making Jefferson Capital's response to the Complaint due April 30, 2026. See Fed. R. Civ. P. 81 (c)(2).

1

3.      Jefferson Capital respectfully requests an extension of time, to and including May 29, 2026, to respond to the allegations and claims made by Plaintiff, and to engage in settlement negotiations prior to Jefferson Capital filing its answer.

4.      The extended deadline will promote efficiency by aligning Jefferson Capital's responsive pleadings deadline with other defendants.  *See, e.g.*, Doc. 12.

5.      Jefferson Capital has not sought or been granted any prior extension of its responsive pleadings deadline.

6.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.

7.      Counsel for Jefferson Capital has attempted to contact Plaintiff to obtain his consent on the requested extension. However, Plaintiff failed to include his telephone number or email address on the Complaint. Counsel for Jefferson Capital researched contact information for Plaintiff, obtained a telephone number and multiple email addresses potentially belonging to Plaintiff, and attempted to contact Plaintiff to obtain his consent to this motion. To date, counsel for Jefferson Capital has not received a response from Plaintiff.

8.      No party will be prejudiced by this extension.

*Remainder of this page intentionally blank*

WHEREFORE, Jefferson Capital respectfully requests that the Court enter an Order granting this Motion and providing it with an extension of time, to and including May 29, 2026, to file a response to Plaintiff's Complaint.

Dated:  April 30, 2026

Respectfully Submitted,

Taylor N. Williams (2018132)
WDTC LAW, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
Telephone: (501) 372-1406
Facsimile: (501) 372-1209
Email: taylor.williams@wdtc.law

*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, a copy of the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Arkansas, and served via CM/ECF upon all parties not participating in CM/ECF, by U.S. First Class Mail:

Michael Gatton
640 Ingram Village Dr., Apt. A
Conway, AR 72032
*Pro se plaintiff*

/s/ *Taylor N. Williams*
Taylor N. Williams

3