IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 4:26-cv-00407-LPR |
| | ) |
| LVNV FUNDING LLC; et al. | ) |
| | ) |
| Defendants. | ) |

**JEFFERSON CAPITAL SYSTEMS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, Jefferson Capital Systems, LLC, through counsel and pursuant to

Fed. R. Civ. P. 7.1, hereby states:

Jefferson Capital Systems, LLC, is wholly owned by Jefferson Capital, Inc., a

publicly held corporation (NASDAQ: JCAP).

Dated:  April 30, 2026             Respectfully Submitted,

/s/ *Taylor N. Williams*
Taylor N. Williams (2018132)
WDTC LAW, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
Telephone: (501) 372-1406
Facsimile: (501) 372-1209
Email: taylor.williams@wdtc.law
*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2026, a copy of the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Arkansas, and served via CM/ECF upon all parties not participating in CM/ECF, by U.S. First Class Mail:

Michael Gatton
640 Ingram Village Dr., Apt. A
Conway, AR 72032
*Pro se plaintiff*

/s/ *Taylor N. Williams*
Taylor N. Williams