## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GATTON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| LVNV FUNDING LLC, JEFFERSON | ) |
| CAPITAL SYSTEMS LLC, GLOBAL | ) **CIVIL ACTION NO. 4:26-cv-00407-LPR** |
| LENDING SERVICES LLC, HARLEY- | ) |
| DAVIDSON FINANCIAL SERVICES, INC., | ) |
| FIRST PREMIER BANK, UNITED AUTO | ) |
| CREDIT CORP., ACIMA DIGITAL LLC | ) |
| F/K/A SIMPLE HUNTER WARFIELD, INC., | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT ACIMA DIGITAL, LLC's CORPORATE DISCLOSURE STATEMENT

Defendant Acima Digital, LLC ("Acima") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, stating as follows:

1. Acima is a wholly-owned subsidiary of Acima Holdings, LLC.

2. Acima Holdings, LLC is a wholly-owned subsidiary of Upbound Group, Inc. ("Upbound"), a publicly traded company listed on the NYSE under the symbol UPBD.

3. Upbound has no corporate parent and no held corporation owns 10 percent or more of Upbound's stock.

Respectfully submitted this the 30th day of April, 2025.

*s/ Samuel A. Morris*
Samuel A. Morris, AR Bar No. 2021089
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
smorris@burr.com

*Counsel for Defendant Acima Digital LLC*

67381941 v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this 30th day of April, 2026:

Michael Gatton
640 Ingram Village Dr, Apt A
Conway, AR 72032
*Pro Se Plaintiff*

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325

Marc F. Kirkland
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024

Ralph D. Scott , III
Lax, Vaughan, Fortson, Rowe & Threet P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Cooper M. Walker
Frost Echols LLC
18383 Preston Road, Suite 350
Dallas, TX 75252

*/s/ Samuel A. Morris*

67381941 v1                                            2