# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MICHAEL GATTON,                               )
                                              )
      **Plaintiff,**                               )
                                              )
v.                                            )
                                              )
LVNV FUNDING LLC, JEFFERSON                   )
CAPITAL SYSTEMS LLC, GLOBAL                   )
LENDING SERVICES LLC, HARLEY-                 )  **CIVIL ACTION NO.  4:26-cv-00407-LPR**
DAVIDSON FINANCIAL SERVICES, INC.,            )
FIRST PREMIER BANK, UNITED AUTO               )
CREDIT CORP., ACIMA DIGITAL LLC               )
F/K/A SIMPLE HUNTER WARFIELD, INC.,           )
EQUIFAX, INC., EXPERIAN INFORMATION           )
SOLUTIONS, INC., TRANSUNION, LLC,             )
                                              )
      **Defendants.**                              )

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FIRST PREMIER BANK

**COMES NOW** Defendant First Premier Bank ("First Premier"), by and through its undersigned counsel, and submits its disclosures pursuant to Fed. R. Civ. P. 7.1, and states as follows:

1.     First Premier is a state-chartered bank that is headquartered in South Dakota. No publicly traded corporation owns 10% or more of First Premier's stock.

Respectfully submitted this the 30th day of April, 2026.

                        */s/ Samuel A. Morris*
                        Samuel A. Morris, AR Bar No. 2021089
                        BURR & FORMAN LLP
                        222 Second Avenue South, Suite 2000
                        Nashville, TN 37201
                        Telephone: (615) 724-3200
                        smorris@burr.com

                        Attorney for Defendant FIRST PREMIER BANK

67273868 v1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this 30th day of April, 2026:

Michael Gatton
640 Ingram Village Dr, Apt A
Conway, AR 72032
*Pro Se Plaintiff*

Ralph D. Scott , III
Lax, Vaughan, Fortson, Rowe & Threet P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325

Cooper M. Walker
Frost Echols LLC
18383 Preston Road, Suite 350
Dallas, TX 75252

Marc F. Kirkland
Quilling, Selander, Lownds, Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024

*/s/Samuel A. Morris*