**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | | |
|---|---|---|
| **MICHAEL GATTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LVNV FUNDING LLC, JEFFERSON** | ) | **CIVIL ACTION NO.** |
| **CAPITAL SYSTEMS LLC, GLOBAL** | ) | |
| **LENDING SERVICES LLC, HARLEY-** | ) | **4:26-cv-00407-LPR** |
| **DAVIDSON FINANCIAL SERVICES, INC.,** | ) | |
| **FIRST PREMIER BANK, UNITED AUTO** | ) | |
| **CREDIT CORP., ACIMA DIGITAL LLC** | ) | |
| **F/K/A SIMPLE HUNTER WARFIELD,** | ) | |
| **INC., EQUIFAX, INC., EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.,** | ) | |
| **TRANSUNION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT FIRST PREMIER BANK'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**COMES NOW** Defendant First Premier Bank ("First Premier") by and through undersigned counsel, pursuant to Local Civil Rule 6.2 and Fed. R. Civ. P. 6(b), and respectfully moves this Court for an extension of time to respond to Michael Gatton's ("Plaintiff") Complaint. In support of this Motion, First Premier states as follows:

1.      On March 18, 2026, Plaintiff initiated this action in the Circuit Court of Faulkner County, Arkansas, Case No. 23CV-26-713.

2.      On April 23, 2026, the matter was removed to this Court. [Doc. 1.]

3.      First Premier respectfully requests an extension of time, to and including **May 7, 2026**.

67445262 v1

4.      This motion is made in good faith and not for the purposes of delay, and granting it will not prejudice any party.

5.      Counsel conferred with Mr. Gatton by phone and Mr. Gatton is agreeable to the requested extension.

**WHEREFORE**, Defendant First Premier respectfully requests that this Court enter an Order granting this Motion and providing it with an extension of time, to and including May 7, 2026, to file a response to Plaintiff's Complaint.

Respectfully submitted this the 30th day of April, 2026.

/s/ Samuel A. Morris
Samuel A. Morris, AR Bar No. 2021089
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
smorris@burr.com

Attorney for Defendant FIRST PREMIER BANK

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this 30th day of April, 2026:

Michael Gatton
640 Ingram Village Dr, Apt A
Conway, AR 72032
*Pro Se Plaintiff*

Ralph D. Scott , III
Lax, Vaughan, Fortson, Rowe & Threet P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325
Marc F. Kirkland
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024

Cooper M. Walker
Frost Echols LLC
18383 Preston Road, Suite 350
Dallas, TX 75252

/s/ Samuel A. Morris

2