UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL GATTON,                    §
                                   §
    *Plaintiff,*                   §
                                   §
v.                                 §
                                   §        CASE NO. 4:26-cv-00407
                                   §
LVNV FUNDING, LLC, JEFFERSON       §
CAPITAL SYSTEMS, LLC, GLOBAL       §
LENDING SERVICES, LLC, HARLEY-     §
DAVIDSON FINANCIAL SERVICES,       §
LLC, FIRST PREMIER BANK,           §
UNITED AUTO CREDIT CORP.,          §
ACIMA DIGITAL, LLC f/k/a SIMPLE,   §
and HUNTER WARFIELD, INC.          §
                                   §
    *Defendants.*                  §

## NOTICE OF SETTLEMENT AS TO DEFENDANT HUNTER WARFIELD, INC. ONLY

The parties hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant Hunter Warfield, Inc. ("HWI") only in this action.  The parties anticipate that the performance of the terms of settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice.  It is requested that the matter as to HWI be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated: May 4, 2026.                              Respectfully submitted,

                                                 **FROST ECHOLS LLC**

                                                 */s/ Cooper Walker*
                                                 COOPER M. WALKER
                                                 18383 Preston Road, Suite 350
                                                 Dallas, TX 75252
                                                 Phone: (817) 290-4356
                                                 Email: Cooper.Walker@frostechols.com

                                                 ***COUNSEL FOR DEFENDANT***
                                                 ***HUNTER WARFIELD, INC.***

                                                 Michael Gatton (May 7, 2026 03:08:18 CDT)

                                                 Michael Gatton
                                                 640 Ingram Village Drive, Apt. A
                                                 Conway, AR 72032
                                                 501-646-9080
                                                 Mikegatton1988@gmail.com
                                                 *Pro Se Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties of record via **CM/ECF** on this 28thy day of April, 2026.


                                                 */s/ Cooper Walker*
                                                 COOPER M. WALKER