# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GATTON, <br><br>       Plaintiff, <br><br>    v. <br><br> LVNV FUNDING LLC; JEFFERSON CAPITAL SYSTEMS LLC; GLOBAL LENDING SERVICES LLC; HARLEY-DAVIDSON FINANCIAL SERVICES INC.; FIRST PREMIER BANK; UNITED AUTO CREDIT CORPORATION; ACIMA DIGITAL LLC fka SIMPLE; EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION LLC; and HUNTER WARFIELD INC., <br><br>       Defendants. | Case No.: 4:26-cv-00407-LPR |

## DEFENDANT HARLEY-DAVIDSON FINANCIAL SERVICES INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Harley-Davidson Financial Services, Inc. ("HDFS") [1] moves to dismiss Plaintiff Michael Gatton's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and states as follows:

1. Plaintiff's Complaint should be dismissed pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6) for failure to state a claim upon which relief can be granted.

2. The grounds supporting this Motion are set forth in detail in the accompanying Memorandum of Law in Support of HDFS' Motion to Dismiss Plaintiff's Complaint.

---

[1] HDFS does not waive its right to compel arbitration of this dispute with Plaintiff pursuant to the terms of the applicable Contract and instead moves to dismiss the Complaint on the basis that Plaintiff has failed to put HDFS on notice as to the basis of his claim of inaccurate reporting.

WHEREFORE, Defendant Harley-Davidson Financial Services, Inc. respectfully requests that this Honorable Court grant its Motion to Dismiss Plaintiff's Complaint, including all causes of action and requests for relief, with prejudice, and for such other relief the Court deems just.

Date: May 13, 2026                                    Respectfully submitted,


                                            By: _Blaec C. Croft_____
                                                Blaec C. Croft (PA 204013)
                                                McGUIREWOODS LLP
                                                260 Forbes Avenue, Suite 1800
                                                Pittsburgh, Pennsylvania 15222
                                                Tel.: 412.667.6057
                                                Fax: 412.667.4187
                                                bcroft@mcguirewoods.com

                                                *Counsel for Defendant Harley-Davidson*
                                                *Financial Services, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Arkansas using the CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record, along with *pro se* Plaintiff, and sent a copy of the filing to the *pro se* Plaintiff by both email and U.S. first class mail.

*/s/ Blaec C. Croft*
Blaec C. Croft