**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL GATTON, | Case No.: 4:26-cv-00407-LPR |
| Plaintiff, | |
| v. | |
| LVNV FUNDING LLC; JEFFERSON CAPITAL SYSTEMS LLC; GLOBAL LENDING SERVICES LLC; HARLEY-DAVIDSON FINANCIAL SERVICES INC.; FIRST PREMIER BANK; UNITED AUTO CREDIT CORPORATION; ACIMA DIGITAL LLC fka SIMPLE; EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION LLC; and HUNTER WARFIELD INC., | |
| Defendants. | |

**DEFENDANT HARLEY-DAVIDSON FINANCIAL SERVICES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Harley-Davidson Financial Services, Inc. ("HDFS"), certifies that HDFS is a wholly owned subsidiary of Harley-Davidson, Inc.  Harley-Davidson, Inc. is publicly traded on the New York Stock Exchange.  Harley-Davidson, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Date: May 13, 2026                                                   Respectfully submitted,

                                                   By: *Blaec C. Croft*
                                                   Blaec C. Croft (PA 204013)
                                                   McGUIREWOODS LLP
                                                   260 Forbes Avenue, Suite 1800
                                                   Pittsburgh, Pennsylvania 15222
                                                   Tel.: 412.667.6057
                                                   Fax: 412.667.4187
                                                   bcroft@mcguirewoods.com

2

*Counsel for Defendant Harley-Davidson*
*Financial Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Arkansas using the CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record, along with *pro se* Plaintiff, and sent a copy of the filing to the *pro se* Plaintiff by both email and U.S. first class mail.

*/s/ Blaec C. Croft*
Blaec C. Croft