UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL GATTON, | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:26-cv-00407 |
| | § | |
| LVNV FUNDING, LLC, JEFFERSON | § | |
| CAPITAL SYSTEMS, LLC, GLOBAL | § | |
| LENDING SERVICES, LLC, HARLEY- | § | |
| DAVIDSON FINANCIAL SERVICES, | § | |
| LLC, FIRST PREMIER BANK, | § | |
| UNITED AUTO CREDIT CORP., | § | |
| ACIMA DIGITAL, LLC f/k/a SIMPLE, | § | |
| EQUIFAX, INC., EXPERIAN | § | |
| INFORMATION SOLUTIONS, LLC, | § | |
| TRANSUNION, LLC, and HUNTER | § | |
| WARFIELD, INC. | § | |
| | § | |
| *Defendants.* | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HUNTER WARFIELD, INC. ONLY

IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL GATTON

and Defendant, HUNTER WARFIELD, INC., by and through its counsel of record,

that the above captioned action is hereby dismissed with prejudice as to Defendant

Hunter Warfield, Inc. only pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: May 18, 2026                                      */s/ Michael Gatton*
Signed with consent
Michael Gatton
640 Ingram Village Drive, Apt. A
Conway, AR 72032
501-646-9080
Mikegatton1988@gmail.com
*Pro Se Plaintiff*

Dated: May 18, 2026                                      */s/ Cooper Walker*
Frost Echols LLC
18383 Preston Rd, Suite 350
Dallas, TX 75252
Telephone: (817) 290-4356
Email: cooper.walker@frostechols.com
*Attorney for Defendant,*
*Hunter Warfield, Inc.*

Dated: May 18, 2026                                      */s/ Taylor N. Williams*
Signed with consent
Taylor N. Williams
WDTC Law, P.A.
2120 Riverfront Dr, Suite 275
Little Rock, AR 72202
Telephone: (501) 372-1406
Email: taylor.williams@wdtc.law
*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

Dated: May 18, 2026                                      */s/ Samuel A. Morris*
Signed with consent
Samuel A. Morris
BURR & FORMAN LLP
222 Second Ave South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Email: smorris@burr.com
*Attorney for Defendants,*
*Global Lending Services, LLC,*
*First Premier Bank*
*United Auto Credit Corp.*
*Acima Digital, LLC f/k/a Simple*
*LVNV Funding, LLC*

Dated: <u>May 18, 2026</u>          */s/ Ralph D. Scott*
Signed with consent
Ralph D. Scott III
LAX, VAUGHN, FORTSON, ROWE
& THREET, P.A.
11300 Cantrell Rd, Suite 201
Little Rock, AR 72212
Telephone: (501) 376-6565
Email: tscott@laxvaughn.com
*Attorney for Defendant,*
*Equifax Information Services, LLC*


Dated: <u>May 18, 2026</u>          */s/ Robert Ryan Younger*
Signed with consent
Robert Ryan Younger
Quattlebaum, Grooms, & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: (501) 379-1757
Email: ryounger@qgtlaw.com
*Attorney for Defendant,*
*Experian Information Solutions, LLC*


Dated: <u>May 18, 2026</u>          */s/ Marc F. Kirland*
Signed with consent
Marc F. Kirland
Quilling, Selander, Lownds, Winslett,
& Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024
Telephone: (214) 560-5454
Email: mkirkland@qslwm.com
*Attorney for Defendant,*
*Transunion, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all parties of record via **CM/ECF** on this 18th day of May, 2026.

/s/ Cooper Walker
COOPER M. WALKER