**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL GATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LVNV FUNDING LLC, JEFFERSON | ) |
| CAPITAL SYSTEMS LLC, GLOBAL | ) |
| LENDING SERVICES LLC, HARLEY | ) |
| DAVIDSON FINANCIAL SERVICES INC., | )    Case No. 4:26-CV-00407-LPR |
| FIRST PREMIER BANK, UNITED AUTO | ) |
| CREDIT CORPORATION, ACIMA | ) |
| DIGITAL LLC, F/K/A SIMPLE HUNTER | ) |
| WARFIELD, INC., EQUIFAX INC., | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., TRANSUNION LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT TRANS UNION LLC'S RULE 7.1(a) DISCLOSURE STATEMENT

Defendant Trans Union LLC, through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

1

Respectfully submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
Texas State Bar No. 24046221
QUILLING, SELANDER, LOWNDS,
5801 TENNYSON PKWY, STE 440
Plano, Texas 75024
Tel:  (214) 560-5452
Fax: (214) 871-2111
mkirkland@qslwm.com
**Counsel for Trans Union LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 29th day of May 2026, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following counsel of record:

Samuel A. Morris
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
615-724-3258
Fax: 615-724-3358
Email: smorris@burr.com
***Counsel for United Auto Credit Corporation, Global Lending Services LLC, Acima Digital LLC, and First Premier Bank***

Ralph D. Scott, III
Lax, Vaughan, Fortson, Rowe & Threet P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
501-376-6565
Fax: 501-376-6666
Email: tscott@laxvaughan.com
***Counsel for Equifax Inc.***

Taylor Norman Williams
WDTC Law, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202
501-372-1406
Email: taylor.williams@wdtc.law
***Counsel for Jefferson Capital Systems LLC***

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325
501-379-1757
Email: ryounger@qgtlaw.com
***Counsel for Experian Information Solutions Inc.***

Blaec C. Croft
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
412-667-6057
Email: bcroft@mcguirewoods.com
***Counsel for Harley-Davidson Financial Services Inc.***

I further certify that a true and correct copy of the foregoing document was served on the

following parties via U.S. First Class Mail and properly addressed as follows:

Michael Gatton
640 Ingram Villaae Drive
Apt A
Conway, AR 72032
***Pro Se Plaintiff***

4

*/s/ Marc F. Kirkland*

**MARC F. KIRKLAND**

4