IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **MICHAEL GATTON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LVNV FUNDING LLC, JEFFERSON CAPITAL SYSTEMS LLC, GLOBAL LENDING SERVICES LLC, HARLEY-DAVIDSON FINANCIAL SERVICES, INC., FIRST PREMIER BANK, UNITED AUTO CREDIT CORP., ACIMA DIGITAL LLC F/K/A SIMPLE HUNTER WARFIELD, INC., EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC,**<br><br>**Defendants.** | ) | **CIVIL ACTION NO.**<br><br>**4:26-cv-00407-LPR** |

**PRO TANTO STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Michael Gatton ("Plaintiff") and Defendants Defendant United Auto Credit Corp. ("UACC"), Global Lending Services LLC ("GLS"), and Acima Digital, LLC ("Acima"), and hereby agree, subject to the Court's approval, that this action should be dismissed with prejudice as to Defendants UACC, GLS and Acima, with each party to bear its own attorney fees and costs.

Respectfully submitted this the 3rd day of August, 2026.

Michael Gatton
640 Ingram Village Dr, Apt A
Conway, AR 72032

*Pro Se Plaintiff*

*s/ Samuel A. Morris*
Samuel A. Morris, AR Bar No. 2021089
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
smorris@burr.com
*Attorney for Defendants United Auto Credit Corp., Global Lending Services LLC and Acima Digital, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this 3rd day of August, 2026:

Michael Gatton
640 Ingram Village Dr, Apt A
Conway, AR 72032

Ralph D. Scott , III
Lax, Vaughan, Fortson, Rowe & Threet P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201-3325

Cooper M. Walker
Frost Echols LLC
18383 Preston Road, Suite 350
Dallas, TX 75252

Marc F. Kirkland
Quilling, Selander, Lownds, Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, TX 75024

*/s/ Samuel A. Morris*